UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


JOSEPH HENDRIX,

      Petitioner,                               Case No. 11-14659

v.                                         HON. AVERN COHN

CARMEN PALMER,

      Respondent.

_____/

## ORDER GRANTING PETITIONER'S MOTION TO REINSTATE HABEAS PETITION (Doc. 8) AND DIRECTING RESPONDENT TO FILE A RESPONSE TO THE AMENDED PETITION

      This is a habeas case under 28 U.S.C. § 2254.  On January 23, 2012, the Court held the case in abeyance pending the completion of state post-conviction proceedings and administratively closed the case.  See Doc. 4.  Before the Court is Petitioner's Motion to Reinstate Habeas Petition on the grounds that he has completed exhausting his claims in state court.  (Doc. 8).  Petitioner has also filed an amended petition.  (Doc. 9).

      Petitioner's motion to reinstate is GRANTED.  *See Woods v. Gilmore*, 26 F. Supp. 2d 1093, 1095 (C.D. Ill. 1998); *Parisi v. Cooper*, 961 F. Supp. 1247, 1249 (N.D. Ill. 1997) (holding that a federal court has the power to reinstate a petition upon a timely request).  This case is reinstated to the Court's active docket.

Respondent shall file a response to the amended petition and any additional Rule 5 materials within ninety (90) days of this order.

SO ORDERED.


 S/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE


Dated:  August 6, 2014


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, August 6, 2014, by electronic and/or ordinary mail.


S/Sakne Chami
Case Manager, (313) 234-5160