From Joseph Hendrit 455498
Michigan Reformatory
1342 West Main St.
Ionia, MI 48846



FILED

JAN 16 2015

CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

To: The Honorable Avern Cohn
United States District Clerk of Courts.
Eastern District of Michigan — Southern Division
231 West Lafayette
Detroit, MI 48226

In Re To: Joseph Hendrit File No. 11-14659
Dated 1-13-2015,

Dear Clerk of The Courts,

I Thought Id, Take This Time To
Write Your Office Regarding The Above Mentioned
Case.

I'm Writing To you because of a
Situation That Has Come up between Myself
And My Retained Defense Counsel Michael
B. Skinner.

— 1 —

THE FIRST ISSUE I WOULD LIKE TO ADDRESS
WITH YOU AND YOUR OFFICE, IS MY ATTORNEY
HAS STATED IN CORRESPONDANCES TO ME, THAT
I DO NOT HAVE NO DEADLINE PROBLEMS WITH
YOUR COURTS. IM NOW WRITTING TO VERIFY THIS
WITH YOUR OFFICE, AS TO WETHER OR NOT THIS
IS TRUE? AND DO I HAVE ANY DEADLINES AND
OR DATE TO FILE MOTIONS WITH YOUR COURT AND
IF SO WHAT IS THAT DATE.

SECONDLY: MY ATTORNEY MR SKINNER STATED
IN ANOTHER CORRESPONDANCE TO ME. THAT HE WAS
GOING TO FILE A CONSELIDATED BRIEF ON MY
FIRST APPEAL. AND 6.500 MOTION. WITHIN 30 DAYS
HE INFORM ME OF THIS ON OCTOBER 31-2014.
IT IS NOW JAN-13-2015 AND I HAVE NOT
HEARD ANYTHING REGARDING MY CASE FROM
HIM OR HI'S OFFICE.

THIRD:   THIS ATTORNEY (MR SKINNER) HAS NOT
FORWARDED TO ME ANY COPIES OF MY MOTIONS
OR DOCUMENTS FILED IN MY CASE AND OR ON
MY BEHALF. (PLEASE NOTE) THAT THIS ATTORNEY
AlSO FILED THE ORIGNAL BRIEF IN THIS CASE

— 2 —

Without My Consent And PRIOR APPROVAL
Which I Never Agreed To.


FOURTH: The Whole Beason I Filed The 6.500
Motion WAS because My ATTORNEY WAS NOT
COMMUNICATING WITH me. AT This point There
HAS been A BREAK Down In ouR ATTORNEY
Client RelATIONShip, Thus Allowing Him To
File unCompleted Documents IE (moTions
And BRIEFS) Leaving out IMPORTANT And
Relivant INFORMATION That Could DeTermine My
Innocense. Because OF Lack OF COMMUNICATION
And SEVERAL OTHER Issues I'm NOT Beciving
Adequate And EFFECTIVE ASSISTANCE OF Counsel.


AT This Time OF This CORRESPONDANCE JAN-
13-2015 I have HAd No Idea And OR Knowledge
As To WHAT My ATTORNY (MR SKINNER) is
Doing RegARDing My CASE. I Am Clueless As
To WHAT OR Any Issues he is RAising OR
ADDRessing WITH youR HonorAble COURT.


— 3 —

Please be Advised AT This Time Ive,
MAde Every ATTemp To ContAct MR Skinner
And His Offile, In WRiTTing by US MAIL,
ViA ElectRonic JPAY EmAil And by PHone
AT my own Expense. All WhicH HAve been
FAiled ATTemps. OR WITHout Reply FRom
Him OR His Offile.

ThRoUgH All my ATTemps To ContAct And
CommUnicATE WITH MR Skinner, IT is Now
To The point Were I Feel Im Not being Allowed
To PARTicipATE in my own Defense And AppeAl
process. And Am Completiy in The DARk WITH
my cAse.

ThERe FoR I would Respectfuly Like To
Request ThAT youR Offile would NOT Except
Any DouwmenTs Filed by my ATToRNy MicHAEl
Skinner. On This cAse 11-14659. WITHoUT My
PRioR AppRoUAl And Consent FiRsT. I would
Kindly Like To Ask ThAT youR Offile Would
NOTIFY me As well As To FoRWARD To me
Any And ALL DouwmenTs, MoTTions, BRieFs
Filed in This cAse. As well As Any And ALL

— 4 —

Responses by your Honorable Court.

At This Time I Honestly Belive That Im serving A Life sentence For A crime I Did Not Do or Have Any knowledge of. I Sincery Belive That I Should be Able To participate in My own legal Defense And Appeal process, As well As My legal Indevors.

Any Help you can Give Me At This point or in This Matter, I would be Very Appretive. Thank you For your Time, Concern And Consideration As To This Extremly Important Matter.

Sincerly,

Joseph M. Hendrix

CC. Copies To:
Defense Attorny Michael Skinner
Clerk of The United States District Court
Personal File.          -5-



Prisoner Name: Joseph Hendrix
Prisoner Number: 455498
MICHIGAN REFORMATORY
1342 West Main St.
Ionia, MI 48846

$\boxed{\text{R E C E I V E D}}$

CLERK'S OFFICE
DETROIT

JAN 1 5 2015

*This mail comes from a correctional facility*

Clerk OF Courts,
United States District Court
Eastern District of Michigan
Southern Division
931 west LAFayette
Detroit, Michigan 48226

U.S. POSTAGE ≫ PITNEY BOWES
ZIP 48846
02 1W
0001398341 JAN 13 2015
$ 000.48⁰

$\boxed{\text{F I L E D}}$

JAN 16 2015
CLERK'S OFFICE
U.S. DISTRICT COURT

