UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH HENDRIX,

|  |  |
|---|---|
| Petitioner, | Case Number 2:11-cv-14659 |
|  | Honorable Avern Cohn |

v.

CARMEN PALMER,

Respondent,

_____/


## ORDER GRANTING PETITIONER'S MOTION TO SUPPLEMENT RULE 5 MATERIALS [Dkt. 17]

Petitioner filed his amended petition for writ of habeas corpus on May 12, 2014. The Court thereafter issued a responsive pleading order requiring Respondent to file an answer to the petition in accordance with Rule 5 of the Rule Governing Section 2254 Cases. On October 30, 2014, Respondent filed an answer to the petition, and the bulk of the state court record.

Presently before the Court is Petitioner's motion to compel Respondent to file missing portions of the state court record. Specifically, Petitioner identifies various state court pleadings that may be necessary to for the consideration of his claims that were not filed by Respondent:

1. State Court Transcript Trial of 3/20/2007

2. Michigan Court of Appeals Docket Sheet (# 277919)

3. Michigan Supreme Court Docket Sheet (# 137865)

4. Michigan Court of Appeals Appellant's Brief and Exhibits (Docket # 277919) filed 3/26/2008

5. Michigan Court of Appeals Motion to Remand (Docket # 277919) filed 3/26/2008

6. Michigan Court of Appeals Order (Docket # 277919) issued 5/22/2008

7. Michigan Court of Appeals Motion for Reconsideration of Order Denying Motion

to Remand (Docket # 277919) filed 6/12/2008

8. Michigan Court of Appeals Order (Docket # 277919) issued 7/8/2008

9. Michigan Court of Appeals Appellant's Reply Brief and Exhibits (Docket # 277919) filed 8/18/2008

10. Michigan Court of Appeals Opinion (Docket # 277919) issued 10/16/2008

11. Michigan Supreme Court Order (Docket # 137865) issued 12/30/2009

12. Michigan Court of Appeals Opinion (Docket # 277919) issued 2/25/2010

13. Michigan Supreme Court Brief and Exhibits (Docket # 137865) filed 4/5/2010

14. Michigan Supreme Court Order (Docket # 137865) issued 7/26/2010

 As these documents may be relevant to the adjudication of Petitioner's claims, the Court

**ORDERS** Respondent to produce them within 45 days of the date of this order or to show cause

why he is unable to do so.


S/Avern Cohn
Honorable Avern Cohn
United States District Judge

Dated: July 28, 2015